**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WALTER HAYNES
ADC #111110                                                                                                      PLAINTIFF

v.                                          5:07CV00295 WRW/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction, et al.                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Defendant Norris is DISMISSED, WITHOUT PREJUDICE, because Plaintiff has failed to state a claim against him.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3. Plaintiff shall PROCEED with his retaliation claim against Defendants White, May, and Stephenson.

4. The Clerk is directed to prepare a summons for Defendants White, May, and

1

Stephenson, and the United States Marshal is directed to serve the summons, the Complaint (docket entry #2), the Amended Complaint (docket entry #6), and this Order upon them through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

Dated this 7th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office shall file, with the return of unexecuted service, a **<u>SEALED</u>** Statement providing the last known private mailing address for the unserved Defendant.