**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WALTER HAYNES
ADC #111110                                                                                                    PLAINTIFF

V.                                            5:07CV00295 WRW/JTR

DAVID WHITE, Deputy Warden,
Arkansas Department of Correction, *et al.*                                               DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Defendants' Motion for Partial Summary Judgment (docket entry #33) is GRANTED, and: (a) Defendants White and May are DISMISSED, WITH PREJUDICE; (b) Plaintiff's official capacity claim against Defendant Stephenson is DISMISSED, WITH PREJUDICE; and (c) Plaintiff shall proceed with his retaliatory discipline claim against Defendant Stephenson, in his individual capacity.

2.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 29th day of July, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE