IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER HAYNES
ADC #111110                                                                                        PLAINTIFF

VS.                            5:07CV00295 WRW/JTR

PATRICK L. STEPHENSON
Sergeant, Arkansas Department of Correction                                    DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Court adopts this Recommended Disposition and that Judgment be entered in favor of Plaintiff and against Defendant Stephenson in the sum of $2,501.00.

Dated this 30th day of October, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE