IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALTER HAYNES**
**ADC #111110**                                                                                  **PLAINTIFF**

**VS.**                              **5:07CV00295 WRW/JTR**

**PATRICK L. STEPHENSON**
**Sergeant, Arkansas Department of Correction**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendant Stephenson in the sum of $2,501.00.

IT IS SO ORDERED this 30th day of October, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE