# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption:** Haynes v. Norris et al

**Date: 11/21/08**

**Case No:** 5:07cv00295 WRW

**Appellant (s):** Patrick Stephenson

**Appellant's Attorney:** Shawn J Johnson, Christine A Boozer

**Appellee(s):** Walter Haynes

**Appellee's Attorney:** Pro Se

**Court Reporter(s):** Karen Baker; Judy Ammons

**Name of Person who prepared NOA Supplement: Doris Collins - (501) 604-5303**

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| 2 Days (transcripts on file) | Y | | |
| | | | |

| Counsel Retained/Appointed/Pro Se/Pro Bono | Pending Post Judgment Motions? Y/N | Local Interest Y/N | Simultaneous Release? Y/N |
|---|---|---|---|
| Retained | N | N | N |

**CRIMINAL CASES/ PRISONER    PRO SE CASES ONLY**
**Is Defendant Incarcerated?**
**Please list all other defendants in this case if there were multiple defendant:**