# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WALTER HAYNES, ADC# 111110**                                                                       **PLAINTIFF**

**v.**                                  **NO. 5:07-cv-295 WRW**

**DAVID WHITE, LARRY MAY, and**                                       **DEFENDANTS**
**PATRICK STEPHENSON**

## CERTIFICATE AS TO NO TRANSCRIPT

The undersigned counsel certifies that no transcript need now be prepared by the district court pursuant to Fed. R. App. P. 10(b) regarding the appeal of the above-referenced cause. Previously, Defendant Stephenson requested the preparation of the two-day trial transcript for the district court's use in determining whether to reject, modify or adopt the magistrate judge's Proposed Findings and Recommended Disposition. (Docs. 88 and 106.) Accordingly, the entire transcript has been previously docketed and is already part of the record in the trial court's proceedings. (Docs. 97 and 98.)

                                               Respectfully submitted,

                                               DUSTIN McDANIEL
                                               Attorney General

                     By:    /s/ Shawn J. Johnson
                            Ark. Bar No. 2004181
                            Assistant Attorney General
                            323 Center Street, Suite 200
                            Little Rock, AR 72201-2610
                            (501) 682-1178

                            Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Shawn J. Johnson, Assistant Attorney General, hereby certify that on December 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that on December 2, 2008, I mailed a copy of the document by United States Postal Service to the following:

**Mr. Walter Haynes, ADC # 111110**
Maximum Security Unit
2501 State Farm Road
Tucker, AR 72168-9503

/s/ Shawn J. Johnson