# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-3766

Walter Haynes,

Appellee

v.

Patrick L. Stephenson, Sgt., Maximum Security Unit, ADC (individual capacity only),

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:07-cv-00295-WRW)

___

**ORDER**

Ms. Linda L. Sheffield of Atlanta, Georgia, is hereby appointed to represent the appellee on appeal. This appointment is made under the inherent power of the Court.

December 04, 2008

Order Entered Under Rule 27(b):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　／s/ Michael E. Gans

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

December 04, 2008

Ms. Linda S. Sheffield
Suite 470
6600 Peachtree Dunwoody Road
400 Embassy Row
Atlanta, GA  30328-0000

RE:  08-3766  Walter Haynes v. Patrick L. Stephenson

Dear Ms. Sheffield:

Enclosed is a copy of an order entered at the direction of the Court. This appointment is made under the inherent power of the Court. There are no provisions for the payment of a fee in this case unless there are applicable statutory provisions which authorize the award of attorney fees.  The Court does have funds which are used to reimburse counsel for expenses incurred in connection with this appointment.  Please keep an accurate record of your expenses and submit an itemized statement when the mandate issues in this case.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Michael E. Gans
Clerk of Court

PSA

Enclosure(s)

cc: Ms. Christine Ann Boozer
    Mr. Shawn J. Johnson
    Mr. Jim McCormack
    Mr. Walter Haynes

District Court/Agency Case Number(s):  5:07-cv-00295-WRW

|  8cc-cmecf-nda@ck8.uscourts.gov<br>12/04/2008 01:13 PM | To |
|---|---|
| | cc |
| | bcc |
| | Subject    08-3766 Walter Haynes v. Patrick L. Stephenson "Clerk order filed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/04/2008

**Case Name:**    Walter Haynes v. Patrick L. Stephenson
**Case Number:**    08-3766
**Document(s):**    Document(s)

**Docket Text:**
CLERK ORDER: Appointing Linda S. Sheffield for Walter Haynes, in case 08-3766 under the inherent power of the Court. [3495916] [08-3766]

The following document(s) are associated with this transaction:
**Document Description:** Grant IHP Letter
**Original Filename:**
/opt/ACECF/live/forms/pagathen_083766_3495916_GrantIHPLetter_227.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/04/2008] [FileNumber=3495916-0] [29ed7dee2b9097a09c413de98802c3d6327025d58c2579fbc4743f2bf99316925305e898d4e3cf62d08c4f1e393db0bdf387bb3c57228bf1778ebe1444755ffd]]
**Recipients:**
- Ms. Boozer, Christine Ann, Acting Assistant Attorney General
- Mr. Haynes, Walter
- Mr. Johnson, Shawn J., Assistant Attorney General
- Mr. McCormack, Jim, Clerk of Court
- Ms. Sheffield, Linda S.

**Document Description:** Clerk's Order
**Original Filename:**

/opt/ACECF/live/forms/pagathen_083766_3495916_OrderGrantIHP_228.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=12/04/2008] [FileNumber=3495916-1] [41f420c9757a29205186b0b52f7f0ad9664548e6c10d70f110ba3701e0b895e60faff1acd0407876 9dfb92af80591dc6c24376a9119599410864377e2dc42ece]]

**Recipients:**
- Ms. Boozer, Christine Ann, Acting Assistant Attorney General
- Mr. Haynes, Walter
- Mr. Johnson, Shawn J., Assistant Attorney General
- Mr. McCormack, Jim, Clerk of Court
- Ms. Sheffield, Linda S.

**Notice will be electronically mailed to:**

Ms. Boozer, Christine Ann, Acting Assistant Attorney General: christine.boozer@arkansasag.gov
Mr. Johnson, Shawn J., Assistant Attorney General: shawn.johnson@arkansasag.gov, patsy.dooley@arkansasag.gov, agcivil@arkansasag.gov
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Sheffield, Linda S.: linda@sheffieldlawfirm.com

**Notice will be mailed to:**

Mr. Haynes, Walter
ARKANSAS DEPARTMENT OF CORRECTION
Maximum Security Correctional Facility
2501 State Farm Road
Tucker, AR 72168-8713

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3495916
**RELIEF(S) DOCKETED:**
   appointment of ihp counsel
**DOCKET PART(S) ADDED:** 3839754, 3839755, 3839756